Glenn W. Peterson, Esq. (CA Bar Assn. No. 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Peter M. de Jonge, Utah Bar No. 7185
J. Abby Barraclough, Utah Bar No. 11031
**THORPE NORTH & WESTERN, L.L.P.**
8180 South 700 East, Suite 350
Sandy, Utah 84070-0562
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

*Attorneys for Plaintiff*,
Connor Sport Court International, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

(SACRAMENTO DIVISION)

| | |
|---|---|
| CONNOR SPORT COURT INTERNATIONAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VINTAGE CONTRACTORS, a California Corporation,<br><br>Defendant. | Case No.: 2:09-CV-00105-LKK-KJM<br><br>**APPLICATION TO CONTINUE JOINT SCHEDULING CONFERENCE;**<br><br>**ORDER CONTINUING JOINT SCHEDULING CONFERENCE** |

## APPLICATION

By order dated January 13, 2009, this matter was set for an Initial Scheduling Conference to be heard on April 6, 2009 at 2:00 p.m.

Immediately after this action was filed, defendant was contacted through counsel. A settlement dialogue ensued, and has continued in earnest since the initial contact was made. Those discussions have matured to the point where a settlement agreement has been drafted by plaintiff's



[PROPOSED] ORDER CONTINUING INITIAL SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

counsel and is under review and consideration by the defendant. We are hopeful that the matter will be resolved without the necessity of an appearance by defendant. While recognizing that we are in arrears of the court-ordered schedule for a Joint Status Report, we believe that these circumstances warrant a 30-day postponement of the Pretrial Scheduling Conference, and respectfully request that the Court order that the scheduling conference (currently set for April 6, 2009) be continued for approximately 30 days. We are hopeful that a voluntary dismissal will precede the new conference date.

DATED: March 27, 2009

Peter M. de Jonge
J. Abby Barraclough
**THORPE NORTH & WESTERN, L.L.P.**

-and-

**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*


By: /s/ Glenn W. Peterson
GLENN W. PETERSON

Attorneys for Plaintiff CytoSport, Inc.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterso

## **ORDER**

Based upon the foregoing application, and good cause appearing, the Status (Pretrial Scheduling) Conference in this matter is continued to May 11, 2009 at 2:30 p.m. If joint scheduling remains an issue at that time, a joint scheduling report shall be filed no later than seven (7) days prior to the conference date.

SO ORDERED.

DATED: APRIL 1, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com