Glenn W. Peterson, Esq. (CA Bar Assn. No. 126173)
**MILLSTONE, PETERSON & WATTS, LLP**
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Fax No: (916) 780-8775

Peter M. de Jonge, Utah Bar No. 7185
J. Abby Barraclough, Utah Bar No. 11031
**THORPE NORTH & WESTERN, L.L.P.**
8180 South 700 East, Suite 350
Sandy, Utah 84070-0562
Telephone: (801) 566-6633
Facsimile: (801) 566-0750

*Attorneys for Plaintiff*,
Connor Sport Court International, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA,

(SACRAMENTO DIVISION)

| | |
|---|---|
| CONNOR SPORT COURT INTERNATIONAL, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VINTAGE CONTRACTORS, a California Corporation,<br><br>Defendant. | Case No.: 2:09-CV-00105-LKK-KJM<br><br>**APPLICATION TO CONTINUE JOINT SCHEDULING CONFERENCE;**<br><br>**ORDER CONTINUING JOINT SCHEDULING CONFERENCE**<br><br>Date: May 11, 2009<br>Time: 2:30 p.m.<br>Courtroom: 4<br>Honorable Lawrence K. Karlton |

## **APPLICATION**

By order dated April 1, 2009 [Document 8], this matter was re-scheduled for an Initial Scheduling Conference to be heard on May 11, 2009 at 2:30 p.m. That order was made upon Plaintiff's ex parte application dated March 27, 2009 [Document 7], in which we sought a 30-day continuance of the scheduling conference in order to conclude settlement negotiations and prepare

[PROPOSED] ORDER CONTINUING INITIAL SCHEDULING CONFERENCE

PDF created with pdfFactory trial version www.pdffactory.com

dispositional documents. We are extremely close to completion of a settlement agreement. A settlement document was drafted and sent to defendant's counsel on March 23, 2009. A red line version was proposed to Plaintiff on April 28, 2009; it is still under review and consideration, and further proposed revisions are anticipated. Thus, we now seek an additional continuance of the scheduling conference in order to complete negotiation (and hopefully execution) of the settlement agreement. If executed, the agreement calls for dismissal of this action.

While recognizing that we are (again) in arrears of the court-ordered schedule, we believe that these circumstances warrant an additional postponement of the Pretrial Scheduling Conference, and respectfully request that the Court order that the scheduling conference (currently set for May 11, 2009) be continued for approximately 30 days. We are hopeful that a voluntary dismissal will precede the new conference date.

DATED: May 4, 2009

**MILLSTONE, PETERSON & WATTS, LLP**
*Attorneys at Law*

By: /s/ Glenn W. Peterson
GLENN W. PETERSON
*Attorneys for Plaintiff*

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP**
*Attorneys at Law*
/s/ Glenn W. Peterson

## **ORDER**

Based upon the foregoing application, and good cause appearing, the Status (Pretrial Scheduling) Conference in this matter is continued to July 6, 2009 at 2:00 p.m.. If joint scheduling remains an issue at that time, a joint scheduling report shall be filed no later than seven (7) days prior to the conference date.

**SO ORDERED.**

DATED: MAY 5, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com